# United States District Court
# Eastern District of California

CAREMARKPCS HEALTH, L.L.C. et al.

Plaintiff(s)

V.

PLATINUM EQUITY, L.L.C. et al.

Defendant(s)

Case Number: 2:26-cv-03479-TLN-AC

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Annie H. Larsen hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

PLATINUM EQUITY, LLC and PLATINUM EQUITY ADVISORS, LLC

On 05/13/2019 (date), I was admitted to practice and presently in good standing in the State of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/20/2026

Signature of Applicant: /s/ Annie H. Larsen

**Pro Hac Vice Attorney**

Applicant's Name: Annie H. Larsen

Law Firm Name: Willkie Farr & Gallagher LLP

Address: 787 Seventh Avenue

City: New York State: NY Zip: 10019

Phone Number w/Area Code: (212) 728-8164

City and State of Residence: New York, NY

Primary E-mail Address: alarsen@willkie.com

Secondary E-mail Address: alarsen@willkie.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Matthew M. Gurvitz

Law Firm Name: Willkie Farr & Gallagher LLP

Address: 2029 Century Park East, Suite 2900

City: Los Angeles State: CA Zip: 90067

Phone Number w/Area Code: (310) 855-3085 Bar # 272895

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 2, 2026

JUDGE, U.S. DISTRICT COURT