WILLKIE FARR & GALLAGHER LLP

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

CAREMARKPCS HEALTH, L.L.C. and ZINC HEALTH SERVICES, L.L.C.,
Plaintiffs,

v.

PLATINUM EQUITY, LLC; PLATINUM EQUITY ADVISORS, LLC; BRIGADE CAPITAL MANAGEMENT, LP; CANYON CAPITAL ADVISORS LLC; CANYON CLO ADVISORS L.P.; BRIDGE STREET CLO I LTD.; BRIDGE STREET CLO II LTD.; FS TACTICAL OPPORTUNITIES (SI) SPLITTER, L.P.; BLAIR FUNDING LLC; FIRST EAGLE ALTERNATIVE CREDIT, LLC; FIRST EAGLE ALTERNATIVE CREDIT EU, LLC; LCM ASSET MANAGEMENT LLC; BARINGS LLC; SOUND POINT CAPITAL MANAGEMENT, LP; SOUND POINT LUNA LLC; BLUEMOUNTAIN FUJI MANAGEMENT, LLC; and JOHN DOE DEFENDANTS 1-100,

Defendants.

Case No. 2:26-cv-03479-AC

**ORDER GRANTING JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTIONS TO REMAND AND TRANSFER AND TO STAY OR EXTEND BY 21 DAYS DEADLINES TO RESPOND TO COMPLAINT PENDING RESOLUTION OF VENUE**

Complaint Served: September 3, 2026
Action Removed: October 5, 2026
Current Deadline to Respond: October 27, 2026
New Deadline: Extended by 21 Days or Stayed until 30 Days After Motions to Transfer and Remand are Decided

WILLKIE FARR & GALLAGHER LLP

**ORDER**

The Court, having considered the Joint Stipulation Regarding Briefing Schedule for Motions to Remand and Transfer and To Stay or Extend by 21 Days Deadlines To Respond To Complaint Pending Resolution Of Venue (the "Stipulation")[1] filed by Plaintiffs CAREMARKPCS HEALTH, L.L.C. and ZINC HEALTH SERVICES, L.L.C., (together, the "Plaintiffs") and Defendants PLATINUM EQUITY, LLC and PLATINUM EQUITY ADVISORS, LLC (together "Platinum Defendants," and together with Plaintiffs, the "Parties"), and good cause shown, hereby orders the following:

- Plaintiffs shall file their Motion to Remand and defendants shall file their Motion(s) to Transfer by **November 6, 2026**.
- Oppositions to each motion shall be filed by **December 4, 2026**.
- Replies in support of each motion shall be filed by **December 23, 2026**.
- The deadline for the Platinum Defendants to respond to the Complaint is STAYED until 30 days after the Motions to Transfer and Remand are decided.
- The deadline for the other defendants to respond to the Complaint is EXTENDED for 21 days until **November 17, 2026**, and thereafter shall be STAYED until 30 days after the Motions to Transfer and Remand are decided, provided that such defendants appear through counsel and file a joinder of this stipulation by **November 4, 2026**.
- No defendant that files or joins the Motion(s) to Transfer, or opposes the Motion to Remand, shall waive its right to assert any challenges or defenses to the Complaint applicable in any federal or state forum, including, but not limited to, based on a lack of personal jurisdiction.

**IT IS SO ORDERED.**

Dated: November 2, 2026

Troy L. Nunley
Chief United States District Judge

[1] Any Capitalized terms not defined herein shall have the meaning set forth in the Joint Stipulation.