# United States District Court
# Eastern District of California

CaremarkPCS Health, L.L.C., et al.

Plaintiff(s)

V.

Platinum Equity, L.L.C., et al.

Defendant(s)

Case Number: 2:26-cv-03479-AC

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Elliot Moskowitz hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

See Exhibit A attached hereto.

On 06/26/2002 (date), I was admitted to practice and presently in good standing in the State of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 11/05/2026 Signature of Applicant: /s/ Elliot Moskowitz

**Pro Hac Vice Attorney**

Applicant's Name: Elliot Moskowitz

Law Firm Name: Davis Polk & Wardwell LLP

Address: 450 Lexington Avenue

City: New York State: NY Zip: 10017

Phone Number w/Area Code: (212) 450-4241

City and State of Residence: New York, NY

Primary E-mail Address: elliot.moskowitz@davispolk.com

Secondary E-mail Address: ecf.ct.papers@davispolk.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Michael Ng

Law Firm Name: Kobre & Kim LLP

Address: 150 California Street

City: San Francisco State: CA Zip: 94111

Phone Number w/Area Code: (415) 582-4800 Bar # 237915

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 6, 2026

JUDGE, U.S. DISTRICT COURT

**Exhibit A**

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Elliot Moskowitz hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

1. Brigade Capital Management, LP
2. Canyon Capital Advisors LLC
3. Canyon CLO Advisors L.P.
4. Bridge Street CLO I LTD
5. Bridge Street CLO II LTD
6. FS Tactical Opportunities (SI) Splitter, L.P.
7. Blair Funding LLC
8. First Eagle Alternative Credit, LLC
9. First Eagle Alternative Credit EU, LLC
10. Barings LLC
11. LCM Asset Management LLC
12. Sound Point Capital Management, LP
13. Sound Point LUNA LLC
14. Bluemountain Fuji Management, LLC