WILLKIE FARR & GALLAGHER LLP

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| CAREMARKPCS HEALTH, L.L.C. and ZINC HEALTH SERVICES, L.L.C.,<br><br>Plaintiffs,<br><br>v.<br><br>PLATINUM EQUITY, L.L.C.; PLATINUM EQUITY ADVISORS, L.L.C.; BRIGADE CAPITAL MANAGEMENT, LP; CANYON CAPITAL ADVISORS LLC; CANYON CLO ADVISORS L.P.; BRIDGE STREET CLO I LTD.; BRIDGE STREET CLO II LTD.; FS TACTICAL OPPORTUNITIES (SI) SPLITTER, L.P.; BLAIR FUNDING LLC; FIRST EAGLE ALTERNATIVE CREDIT, LLC; FIRST EAGLE ALTERNATIVE CREDIT EU, LLC; LCM ASSET MANAGEMENT LLC; BARINGS LLC; SOUND POINT CAPITAL MANAGEMENT, LP; SOUND POINT LUNA LLC; BLUEMOUNTAIN FUJI MANAGEMENT, LLC; and JOHN DOE DEFENDANTS 1-100,<br><br>Defendants. | Case No. 2:26-cv-03479-TLN-AC<br><br>Chief District Judge Troy L. Nunley<br>Courtroom 2, 15th Floor – Matsui Courthouse<br><br>**ORDER GRANTING DEFENDANTS PLATINUM EQUITY, LLC AND PLATINUM EQUITY ADVISORS, LLC'S REQUEST TO SEAL DOCUMENT IN SUPPORT OF MOTION TO TRANSFER**<br><br>Date: January 14, 2027<br>Time: 2:00 p.m.<br>Crtrm: 2<br><br>Action Filed: September 3, 2026<br>Action Removed: October 5, 2026 |

WILLKIE FARR & GALLAGHER LLP

**ORDER**

The Court, having considered Defendants PLATINUM EQUITY, LLC and PLATINUM EQUITY ADVISORS, LLC's (together, the "Platinum Defendants") Request to Seal Document in Support of Motion to Transfer (the "Motion"), filed on November 6, 2026, and for good cause shown, hereby GRANTS the Request and ORDERS the following:

- The unredacted version of Exhibit 8 to the Declaration of Matthew M. Gurvitz in support of the Platinum Defendants' Motion to Transfer (the Standing Motion as filed under seal in the *In re: LifeScan Global Corporation, et al.*, filed in the United States Bankruptcy Court, Southern District of Texas, Houston Division, Case No. 25-90259 (ARP) (the "LifeScan Bankruptcy") at Dkt. 380) shall be filed under seal. The redacted version of Exhibit 8 (as publicly filed in the LifeScan Bankruptcy at Dkt. 381) may remain filed on the public docket.

**IT IS SO ORDERED.**

Dated: November 10, 2026

Troy L. Nunley
Chief United States District Judge